**VARDON GOLF COMPANY, INC.,**
**Plaintiff–Appellant,**

v.

**KARSTEN MANUFACTURING**
**CORPORATION, Defendant–**
**Appellee.**

**No. 01–1557.**

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2001.

*ORDER*

The order of dismissal and the mandate dated September 5, 2001 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant should compute the due date for filing its brief from the date of filing of this order.